IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 16-50041
_____

WAL-MART STORES, INCORPORATED; WAL-MART STORES TEXAS, L.L.C.; SAM'S EAST, INCORPORATED; QUALITY LICENSING CORPORATION,

    Plaintiffs - Appellees

v.

TEXAS ALCOHOLIC BEVERAGE COMMISSION, et al

    Defendants

TEXAS PACKAGE STORES ASSOCIATION, INCORPORATED,

    Movant - Appellant

_____

Appeal from the United States District Court for the
Western District of Texas, Austin
_____

Before CLEMENT, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellant's opposed motion for stay pending appeal is GRANTED.