IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WAL-MART STORES, INC., ET AL., | § § § | |
| Plaintiffs, | § § | |
| V. | § § | 1-15-CV-134 RP |
| TEXAS ALCOHOLIC BEVERAGE COMMISSION, ET AL., | § § § § | |
| Defendants. | § § § | |
| TEXAS PACKAGE STORES ASSOCIATION, INC., | § § § § | |
| Movant. | § | |

## ORDER

Before the Court is above-styled action. By order dated February 18, 2016, the Court denied the motion by which Texas Package Store Association, Inc. sought to intervene in this action. Texas Package Store Association, Inc. filed an interlocutory appeal of the Court's order to the Fifth Circuit Court of Appeals. By order issued May 4, 2016, the Fifth Circuit Court of Appeals granted the motion of Texas Package Store Association, Inc. seeking to stay pending appeal.

Accordingly, the above-styled action is ordered STAYED during the pendency of Plaintiffs' interlocutory appeal. All pending matters and settings in this case are ABATED pending further order from this Court. The District Clerk's Office is directed to administratively close this case until the termination of the appeal proceedings.

**SIGNED** on May 5, 2016.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE