IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WAL-MART STORES, INC., WAL-MART STORES TEXAS, LLC, SAM'S EAST, INC., and QUALITY LICENSING CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>TEXAS ALCOHOLIC BEVERAGE COMMISSION, JOSE CUEVAS, JR., STEVEN M. WEINBERG, and IDA CLEMENT STEEN,<br><br>Defendants,<br><br>and<br><br>TEXAS PACKAGE STORES ASSOCIATION, INC.<br><br>Intervenor. | § § § § § § § § § § § § § § § § § § § § § | 1:15-cv-134-RP |

## FINAL JUDGMENT

On June 5–9, the Court held a bench trial in the above-entitled action. On this day, the Court entered an Order that resolved all outstanding claims and found that Plaintiffs are entitled to declaratory and injunctive relief. Accordingly, the Court enters the following final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED AND DECLARED** that: (1) Section 22.16 of the Texas Alcoholic Beverage Code, the public corporation ban, is inconsistent with the dormant Commerce Clause of the United States Constitution, and (2) Section 22.05 of the Texas Alcoholic Beverage Code, the consanguinity exception, is inconsistent with the Equal Protection Clause of the United States Constitution.

1

**IT IS FURTHER ORDERED** that Defendants in this action are permanently **ENJOINED** from enforcing Section 22.16 of the Texas Alcoholic Beverage Code.

**IT IS FURTHER ORDERED** that Defendants in this action are permanently **ENJOINED** from enforcing Section 22.04 of the Texas Alcoholic Beverage Code.

**IT IS FURTHER ORDERED** that Defendants in this action are permanently **ENJOINED** from enforcing Section 22.05 of the Texas Alcoholic Beverage Code.

**IT IS FURTHER ORDERED** that all relief granted herein is provisionally **STAYED** for a period of sixty days. Any party intending to seek a stay for the duration of a forthcoming appeal shall so move the Court within ten days of the date of this order.

**IT IS FURTHER ORDERED** that the Court will defer any motion for consideration of attorneys' fees or costs until all after appeals have been fully and finally resolved.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED.**

**IT IS FINALLY ORDERED** that this case is hereby **CLOSED.**

**SIGNED** on March 20, 2018.

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE