IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WAL-MART STORES, INC., *et al.*, <br> *Plaintiffs*, <br><br> v. <br><br> TEXAS ALCOHOLIC BEVERAGE <br> COMMISSION, *et al.*, <br> *Defendants*, <br><br> and <br><br> TEXAS PACKAGE STORES <br> ASSOCIATION, <br> *Intervenor*. | § § § § § § § § § § § § § § § | Civil Action No. 1:15-cv-00134-RP |

## THE TEXAS PACKAGE STORES ASSOCIATION'S
## NOTICE OF APPEAL

Notice is hereby given that the Texas Package Stores Association, intervenor in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the district court's Order (Dkt. No. 333) and Final Judgment (Dkt. No. 334) entered in this action on March 20, 2018.

Respectfully submitted,

By: /s/ G. Alan Waldrop

G. Alan Waldrop
State Bar No. 20685700
Ryan D. V. Greene
State Bar No. 24012730
TERRILL & WALDROP
810 West 10th Street
Austin, Texas 78701
(512) 982-9950
(512) 474-9888 (Facsimile)
awaldrop@terrillwaldrop.com
rgreene@terrillwaldrop.com

ATTORNEYS FOR TEXAS PACKAGE STORES ASSOCIATION

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2018, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served on all attorney(s) and/or parties of record, via the CM/ECF service and/or via electronic mail.

Neal Manne
Alex Kaplan
Chanler Langham
Michael C. Kelso
Susman Godfrey LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002
nmanne@susmangodfrey.com
akaplan@susmangodfrey.com
clangham@susmangodfrey.com
mkelso@susmangodfrey.com

Steven M. Shepard
Susman Godfrey LLP
560 Lexington Avenue, Fifteenth Floor
New York, NY 10022-6828
sshepard@susmangodfrey.com

Mark T. Mitchell
Frederick W. Sultan
Gardere Wynne Sewell LLP
One American Center
600 Congress Avenue
Austin, TX 78701
mmitchell@gardere.com
fsultan@gardere.com

*COUNSEL FOR PLAINTIFFS*

Adam N. Bitter
Matthew Bohuslav
Attorney General of Texas
P.O. Box 12548
Austin, TX 78711-2548
adam.bitter@texasattorneygeneral.gov
matthew.bohuslav@texasattorneygeneral.gov

*COUNSEL FOR DEFENDANTS*

G. Alan Waldrop