UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WAL-MART STORES, INC., et al., §<br>　　Plaintiffs, §<br> §<br>v. §<br> § <br>TEXAS ALCOHOLIC BEVERAGE §<br>COMMISSION, et al., §<br>　　Defendants, §<br> §<br>and §<br> §<br>TEXAS PACKAGE STORES §<br>ASSOCIATION, INC., §<br>　　Intervenor. § | Case No. 1:15-cv-00134-RP |

**DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that Defendants Texas Alcoholic Beverage Commission, Kevin J. Lilly, in his official capacity as Presiding Officer of the Texas Alcoholic Beverage Commission, and Ida Clement Steen, in her official capacity as Commissioner of the Texas Alcoholic Beverage Commission, appeal to the United States Court of Appeals for the Fifth Circuit from the district court's Order (ECF No. 333) and Final Judgment (ECF No. 334) entered in this action on March 20, 2018.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA V. COLMENERO
Chief, General Litigation Division


/s/  *Adam N. Bitter*
ADAM N. BITTER
Attorney-in-Charge
Assistant Attorney General
Texas State Bar No. 24085070
Telephone: (512) 475-4055
adam.bitter@oag.texas.gov
MATTHEW BOHUSLAV
Assistant Attorney General
Texas State Bar No. 24069395
Telephone: (512) 475-4099
matthew.bohuslav@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548
Facsimile: (512) 320-0667

***Counsel for Defendants***

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April, 2018, the foregoing *Defendants' Notice of Appeal* was electronically filed with the Clerk of the Court using the CM/ECF system and served on all attorney(s) and/or parties of record, via the CM/ECF service and/or via electronic mail.

/s/  *Adam N. Bitter*
ADAM N. BITTER
Assistant Attorney General