IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WAL-MART STORES, INC., WAL-MART STORES TEXAS, LLC, and QUALITY LICENSING CORP.<br><br>　　　　Plaintiffs,<br>　v.<br><br>TEXAS ALCOHOLIC BEVERAGE COMMISSION; JOSÉ CUEVAS, in his official capacity as Presiding Officer of the Texas Alcoholic Beverage Commission; STEVEN M. WEINBERG, in his official capacity as Commissioner of the Texas Alcoholic Beverage Commission; IDA CLEMENT STEEN, in her official capacity as Commissioner of the Texas Alcoholic Beverage Commission,<br><br>　　　　Defendants,<br><br>　and<br><br>TEXAS PACKAGE STORES ASSOCIATION,<br><br>　　　　Intervenor. | Civil Action No. 1:15-cv-00134-RP |

## **WAL-MART'S NOTICE OF CROSS-APPEAL**

Notice is hereby given that Wal-Mart Stores, Inc., Wal-Mart Stores Texas, LLC, and Quality Licensing Corp. (together, "Walmart"), plaintiffs in this action, appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's Order, Dkt. 333, and Final Judgment, Dkt. 334, entered in this action on March 20, 2018.

Walmart's complaint challenged the constitutionality of Texas Alcoholic Beverage Code §§ 22.04, 22.05, and 22.16 on the grounds that: (1) the statutes violate the Commerce Clause; and (2) the statutes violate the Equal Protection Clause. Walmart sought a declaratory judgment

that the statutes were unconstitutional on those grounds. Walmart also sought an injunction preventing the state from enforcing those three statutes. The district court correctly enjoined all three statutes. However, the district court denied:

    (a) Walmart's request for a declaratory judgment that § 22.04 violates the Commerce Clause and Equal Protection Clause;

    (b) Walmart's request for a declaratory judgment that § 22.05 violates the Commerce Clause; and

    (c) Walmart's request for a declaratory judgment that § 22.16 violates the Equal Protection Clause.

Walmart cross-appeals from these denials of the declaratory relief it requested. Walmart further cross-appeals from the findings, rulings, determinations, conclusions, orders, opinions, and decisions preceding or leading to or merged or incorporated into the above-referenced denials of declaratory judgment in the Final Judgment or in the Order.

DATED: April 26, 2018    Respectfully submitted,

By: */s/ Michael C. Kelso*
Neal Manne (TX Bar No. 12937980)
Alex Kaplan (TX Bar No. 24046185)
Chanler A. Langham (TX Bar No. 24053314)
Michael C. Kelso (*pro hac vice*)
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666
nmanne@susmangodfrey.com
akaplan@susmangodfrey.com
clangham@susmangodfrey.com
mkelso@susmangodfrey.com

Steven M. Shepard (*pro hac vice*)
SUSMAN GODFREY LLP
560 Lexington Avenue, Fifteenth Floor
New York, New York 10022-6828
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshepard@susmangodfrey.com

Mark T. Mitchell (TX Bar No. 14217700)
Frederick W. Sultan (TX Bar No. 00797524)
GARDERE WYNNE SEWELL LLP
One American Center
600 Congress Avenue, Austin, Texas 78701
Telephone: (512) 542-7000
Facsimile: (512) 542-7100
mmitchell@gardere.com
fsultan@gardere.com

COUNSEL FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been served on all counsel of record, this 26th day of April, 2018, via the Court's CM/ECF system.

                                                     */s/ Michael C. Kelso*
                                                    Michael C. Kelso