IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WAL-MART STORES, INC., *et al.*, <br>    *Plaintiffs*, <br><br> v. <br><br> TEXAS ALCOHOLIC BEVERAGE COMMISSION, *et al.*, <br>    *Defendants,* <br><br> and <br><br> TEXAS PACKAGE STORES ASSOCIATION, <br>    *Intervenor*. | § § § § § § § § § § § § § § §    Civil Action No. 1:15-cv-00134-RP |

**STIPULATION OF PLAINTIFFS' VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs voluntarily dismiss this Civil Action with prejudice. All parties that have appeared in this case signed this stipulation. The parties shall each bear their own costs.

Dated: April 9, 2021          Respectfully submitted,

                 */s/ Dale Wainwright*

                 Dale Wainwright
                 Texas Bar No. 00000049
                 GREENBERG TRAURIG LLP
                 300 West 6th Street Suite 2050
                 Austin, Texas 78701
                 T: (512) 320-7226
                 F: (512320-7210
                 wainwrightd@gtlaw.com

                 ATTORNEY FOR PLAINTFFS WALMART STORES, INC., ET AL.

KEN PAXTON
Attorney General of Texas
BRENT WEBSTER
Assistant Attorney General
GRANT DORFMAN
Deputy First Assistant Attorney General
SHAWN COWLES
Deputy Attorney General for Civil Litigation
THOMAS A. ALBRIGHT
Chief – General Litigation Division


*/s/ Matthew Bohuslav (with permission)*
MATTHEW BOHUSLAV
Assistant Attorney General
Texas Bar No. 24069395
Office of the Attorney Genera
P.O. Box 12548, Capitol Station
Austin, Texas 78711
T: (512) 463-2120
F: (512) 320-0667
matthew.bohuslav@oag.texas.gov

ATTORNEYS FOR DEFENDANTS TEXAS ALCOHOLIC BEVERAGE COMMISSION, ET. AL.,


*/s/ G. Alan Waldrop (with permission)*
G. Alan Waldrop
Texas Bar No. 20685700
Ryan D. V. Greene
Texas Bar No. 24012730
TERRILL & WALDROP
810 West 10th Street
Austin, Texas  78701
T: (512) 982-9950
F: (512) 474-9888
awaldrop@terrillwaldrop.com
rgreene@terrillwaldrop.com

ATTORNEYS FOR INTERVENOR-DEFENDANT TEXAS PACKAGE STORES ASSOCIATION